IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Proceedings |
| **Gwendolyn R. Williams** | : | Case No.: **17-61671** |
| **Debtor** | : | Judge Russ Kendig |

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), Trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and Debtor(s) have completed all payments under the Chapter 13 Plan:

**Part 1: Mortgage Information**

Creditor Name: **Rushmore Loan Management Services**
Court Proof of Claim number: **002A**
Last 4 digits of any number used to identify account: **3859;5346;7847/arrears**
Property Address: **2246 Lakewood Drive, Mansfield, OH 44905**

**Part 2: Cure Amount**

Total cure disbursements made by Trustee:

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $0.00 |
| b. | Prepetition arrearage paid by Trustee: | **(b) $0.00 per Loan Modification March 14, 2019** |
| c. | Amount of post-petition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $0.00 |
| d. | Amount of post-petition fees, expenses and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by Trustee: | (d) $0.00 |
| e. | Allowed post-petition arrearage: | (e) $0.00 |
| f. | Post-petition arrearage paid by Trustee: | **(f) $0.00** |
| g. | TOTAL. Add lines b, d, and f. | (g) $0.00 |

**Part 3: Post-petition Mortgage payment**

X     Mortgage is paid through Trustee.
      Current monthly mortgage payment: **$634.51**
      Next post-petition payment is due on: **June 2022**

     Mortgage is paid directly by Debtor(s).

**Part 4: A Response is Required by Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), Creditor must file and serve on Debtor(s), their Counsel, and Trustee, within 21 days after service of this notice, a statement indicating whether Creditor agrees that Debtor(s) have paid in full the amount required to cure the default and stating whether Debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response. Failure to file and serve the statement may subject Creditor to further action of the Court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by Trustee is attached to copies of this notice sent to Debtor(s) and Creditor.

                                                    /s/ Dynele L. Schinker-Kuharich
                                                    Dynele L. Schinker-Kuharich (0069389)
                                                    Chapter 13 Trustee
                                                    A. Michelle Jackson Limas (0074750)
                                                    Staff Counsel to the Chapter 13 Trustee
                                                    200 Market Avenue North, Ste. 30
                                                    Canton, OH 44702
                                                    Telephone: 330.455.2222
                                                    Facsimile: 330.754.6133
                                                    Email: DLSK@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, a true and correct copy of the Notice of Final Cure Payment was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Rebecca Hockenberry, Counsel for Gwendolyn R. Williams, at rebecca@kickandgilman.com

and by regular U.S. mail, postage prepaid, upon:

Gwendolyn R. Williams, Debtor
2246 Lakewood Drive
Mansfield, OH 44905

Rushmore Loan Management Services, Creditor
PO Box 55004
Irvine, CA 92619-2708

Rushmore Loan Management Services, Creditor
PO Box 52708
Irvine, CA 92619-2708

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 002 | 1 | 04.29.2022 | 22_04 | Rushmore Loan Management Ser | System Disbursement | 861607 | 634.51 | 634.51 | 0.00 |
| Cleared: | | | | Posted: 04.29.2022 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 03.31.2022 | 22_03 | Rushmore Loan Management Ser | System Disbursement | 860561 | 634.51 | 634.51 | 0.00 |
| Cleared: 04.20.2022 | | | | Posted: 03.31.2022 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 02.28.2022 | 22_02 | Rushmore Loan Management Ser | System Disbursement | 859398 | 634.51 | 634.51 | 0.00 |
| Cleared: 03.16.2022 | | | | Posted: 02.28.2022 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 01.31.2022 | 22_01 | Rushmore Loan Management Ser | System Disbursement | 858342 | 825.63 | 825.63 | 0.00 |
| Cleared: 02.10.2022 | | | | Posted: 01.31.2022 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 12.30.2021 | 21_12 | Rushmore Loan Management Ser | System Disbursement | 857272 | 1,674.25 | 1,674.25 | 0.00 |
| Cleared: 01.11.2022 | | | | Posted: 12.30.2021 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 11.30.2021 | 21_11 | Rushmore Loan Management Ser | System Disbursement | 856117 | 841.75 | 841.75 | 0.00 |
| Cleared: 12.09.2021 | | | | Posted: 11.30.2021 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 10.29.2021 | 21_10 | Rushmore Loan Management Ser | System Disbursement | 854972 | 749.25 | 749.25 | 0.00 |
| Cleared: 11.10.2021 | | | | Posted: 10.29.2021 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 08.31.2021 | 21_08 | Rushmore Loan Management Ser | System Disbursement | 852504 | 841.75 | 841.75 | 0.00 |
| Cleared: 09.09.2021 | | | | Posted: 09.01.2021 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 07.30.2021 | 21_07 | Rushmore Loan Management Ser | System Disbursement | 851236 | 1,683.50 | 1,683.50 | 0.00 |
| Cleared: 08.11.2021 | | | | Posted: 07.30.2021 | PO Box 52708   Irvine  CA  92619-2708 | | | | | |
| 5 | 002 | 1 | 05.28.2021 | 21_05 | New Residential Mortgage, LLC. | System Disbursement | 848366 | 841.75 | 841.75 | 0.00 |
| Cleared: 06.09.2021 | | | | Posted: 05.28.2021 | P.O. Box 10826   Greenville  SC  29603- | | | | | |
| 5 | 002 | 1 | 04.30.2021 | 21_04 | New Residential Mortgage, LLC. | System Disbursement | 846979 | 1,924.00 | 1,924.00 | 0.00 |
| Cleared: 05.13.2021 | | | | Posted: 04.30.2021 | P.O. Box 10826   Greenville  SC  29603- | | | | | |
| 5 | 002 | 1 | 03.31.2021 | 21_03 | New Residential Mortgage, LLC. | System Disbursement | 845522 | 841.75 | 841.75 | 0.00 |
| Cleared: 04.08.2021 | | | | Posted: 03.31.2021 | P.O. Box 10826   Greenville  SC  29603- | | | | | |
| 5 | 002 | 1 | 01.29.2021 | 21_01 | New Residential Mortgage, LLC. | System Disbursement | 842767 | 1,322.75 | 1,322.75 | 0.00 |
| Cleared: 02.05.2021 | | | | Posted: 01.29.2021 | P.O. Box 10826   Greenville  SC  29603- | | | | | |
| 5 | 002 | 1 | 11.30.2020 | 20_11 | New Residential Mortgage, LLC. | System Disbursement | 839894 | 481.00 | 481.00 | 0.00 |
| Cleared: 12.10.2020 | | | | Posted: 11.30.2020 | P.O. Box 10826   Greenville  SC  29603- | | | | | |
| 5 | 002 | 1 | 10.30.2020 | 20_10 | New Residential Mortgage, LLC. | System Disbursement | 838480 | 481.00 | 481.00 | 0.00 |
| Cleared: 11.09.2020 | | | | Posted: 10.30.2020 | P.O. Box 10826   Greenville  SC  29603- | | | | | |
| 5 | 002 | 1 | 09.30.2020 | 20_09 | New Residential Mortgage, LLC. | System Disbursement | 837093 | 1,037.33 | 1,037.33 | 0.00 |
| Cleared: 10.13.2020 | | | | Posted: 09.30.2020 | P.O. Box 10826   Greenville  SC  29603- | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **DISBURSEMENTS** | | | | | CASE NUMBER | 1761671 | | | |
| through 05/02/2022 | | | | | DEBTOR | Williams, Gwendolyn R. | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 002 | 1 | 08.31.2020 | 20_08 | New Residential Mortgage, LLC. | System Disbursement | 835687 | 628.12 | 628.12 | 0.00 |
| Cleared: 09.09.2020 | | | Posted: 08.31.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 07.31.2020 | 20_07 | New Residential Mortgage, LLC. | System Disbursement | 834334 | 1,256.24 | 1,256.24 | 0.00 |
| Cleared: 08.12.2020 | | | Posted: 07.31.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 06.30.2020 | 20_06 | New Residential Mortgage, LLC. | System Disbursement | 832988 | 628.12 | 628.12 | 0.00 |
| Cleared: 07.10.2020 | | | Posted: 06.30.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 05.29.2020 | 20_05 | New Residential Mortgage, LLC. | System Disbursement | 831008 | 628.12 | 628.12 | 0.00 |
| Cleared: 06.16.2020 | | | Posted: 05.29.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 04.30.2020 | 20_04 | New Residential Mortgage, LLC. | System Disbursement | 829674 | 628.12 | 628.12 | 0.00 |
| Cleared: 05.07.2020 | | | Posted: 04.30.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 03.31.2020 | 20_03 | New Residential Mortgage, LLC. | System Disbursement | 828169 | 628.12 | 628.12 | 0.00 |
| Cleared: 04.07.2020 | | | Posted: 03.31.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 02.28.2020 | 20_02 | New Residential Mortgage, LLC. | System Disbursement | 826685 | 628.12 | 628.12 | 0.00 |
| Cleared: 03.09.2020 | | | Posted: 02.28.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 01.31.2020 | 20_01 | New Residential Mortgage, LLC. | System Disbursement | 825217 | 628.12 | 628.12 | 0.00 |
| Cleared: 02.12.2020 | | | Posted: 01.31.2020 | | P.O. Box 10826  Greenville SC 29603- | | | | | |
| 5 | 002 | 1 | 11.27.2019 | 19_11 | Ditech Financial, LLC. | System Disbursement | 822647 | 607.49 | 607.49 | 0.00 |
| Cleared: 12.03.2019 | | | Posted: 11.27.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 5 | 002 | 1 | 10.31.2019 | 19_10 | Ditech Financial, LLC. | System Disbursement | 821045 | 607.49 | 607.49 | 0.00 |
| Cleared: 11.05.2019 | | | Posted: 10.31.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 5 | 002 | 1 | 09.30.2019 | 19_09 | Ditech Financial, LLC. | System Disbursement | 819355 | 607.49 | 607.49 | 0.00 |
| Cleared: 10.04.2019 | | | Posted: 09.30.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 5 | 002 | 1 | 08.30.2019 | 19_08 | Ditech Financial, LLC. | System Disbursement | 817576 | 607.49 | 607.49 | 0.00 |
| Cleared: 09.06.2019 | | | Posted: 08.30.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 5 | 002 | 1 | 07.31.2019 | 19_07 | Ditech Financial, LLC. | System Disbursement | 815871 | 607.49 | 607.49 | 0.00 |
| Cleared: 08.06.2019 | | | Posted: 07.31.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 5 | 002 | 1 | 06.28.2019 | 19_06 | Ditech Financial, LLC. | System Disbursement | 814174 | 607.49 | 607.49 | 0.00 |
| Cleared: 07.02.2019 | | | Posted: 06.28.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 5 | 002 | 1 | 05.31.2019 | 19_05 | Ditech Financial, LLC. | System Disbursement | 812577 | 607.49 | 607.49 | 0.00 |
| Cleared: 06.06.2019 | | | Posted: 05.31.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |
| 5 | 002 | 1 | 04.30.2019 | 19_04 | Ditech Financial, LLC. | System Disbursement | 810601 | 607.49 | 607.49 | 0.00 |
| Cleared: 05.06.2019 | | | Posted: 04.30.2019 | | PO Box 0049  Palatine IL 60055-0049 | | | | | |

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion |
|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 002 | 1 | 03.29.2019 | 19_03 | Ditech Financial, LLC. | System Disbursement | 808917 | 607.49 | 607.49 | 0.00 |
| Cleared: 04.04.2019 | | | Posted: 03.29.2019 | | PO Box 0049   Palatine   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 02.28.2019 | 19_02 | DITECH FINANCIAL LLC | System Disbursement | 807233 | 1,214.98 | 1,214.98 | 0.00 |
| Cleared: 03.05.2019 | | | Posted: 02.28.2019 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 01.31.2019 | 19_01 | DITECH FINANCIAL LLC | System Disbursement | 805698 | 1,093.64 | 1,093.64 | 0.00 |
| Cleared: 02.05.2019 | | | Posted: 01.31.2019 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 11.30.2018 | 18_11 | DITECH FINANCIAL LLC | System Disbursement | 802684 | 610.41 | 610.41 | 0.00 |
| Cleared: 12.06.2018 | | | Posted: 11.30.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 10.31.2018 | 18_10 | DITECH FINANCIAL LLC | System Disbursement | 801263 | 610.41 | 610.41 | 0.00 |
| Cleared: 11.08.2018 | | | Posted: 10.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 08.31.2018 | 18_08 | DITECH FINANCIAL LLC | System Disbursement | 768394 | 647.50 | 499.40 | 148.10 |
| Cleared: 09.07.2018 | | | Posted: 08.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 07.31.2018 | 18_07 | DITECH FINANCIAL LLC | System Disbursement | 766830 | 555.00 | 404.46 | 150.54 |
| Cleared: 08.10.2018 | | | Posted: 07.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 06.29.2018 | 18_06 | DITECH FINANCIAL LLC | System Disbursement | 765430 | 1,110.00 | 953.70 | 156.30 |
| Cleared: 07.11.2018 | | | Posted: 06.29.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 05.31.2018 | 18_05 | DITECH FINANCIAL LLC | System Disbursement | 764122 | 1,110.00 | 947.97 | 162.03 |
| Cleared: 06.15.2018 | | | Posted: 05.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 04.30.2018 | 18_04 | DITECH FINANCIAL LLC | System Disbursement | 762607 | 1,110.00 | 942.28 | 167.72 |
| Cleared: 05.07.2018 | | | Posted: 04.30.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 03.29.2018 | 18_03 | DITECH FINANCIAL LLC | System Disbursement | 761181 | 1,110.00 | 625.45 | 484.55 |
| Cleared: 04.03.2018 | | | Posted: 03.29.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 02.28.2018 | 18_02 | DITECH FINANCIAL LLC | System Disbursement | 759740 | 1,110.00 | 0.00 | 1,110.00 |
| Cleared: 03.05.2018 | | | Posted: 02.28.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |
| 5 | 002 | 1 | 01.31.2018 | 18_01 | DITECH FINANCIAL LLC | System Disbursement | 758407 | 5,033.00 | 5,033.00 | 0.00 |
| Cleared: 02.06.2018 | | | Posted: 01.31.2018 | | PO BOX 0049   PALATINE   IL  60055-0049 | | | | | |

| | |
|---|---|
| **Total Principal** | 39,505.43 |
| **Total Interest** | 2,379.24 |
| **Total** | 41,884.67 |