**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Gwendolyn R. Williams |
| Debtor 2 (Spouse, if filing) | |

United States Bankruptcy Court for the : Northern    District of  Ohio
                                             (State)

Case number      17-61671-RK

## Official Form 410S1
# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:**   NewRez LLC d/b/a Shellpoint Mortgage Servicing**

**Court claim no.** (if known):   2

**Last four digits** of any number you use to identify the debtor's account:   XXXXXX5346

**Date of payment change:**
Must be at least 21 days after date of this notice   10/1/2020

**New total payment:**
Principal, interest, and escrow, if any   $510.47

---

**Part 1:**  **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

      Current escrow payment:   $ 442.01      New escrow payment :   $ 324.36

**Part 2:**  **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

      Current interest rate:        %      New interest rate:      %

      Current principal and interest payment:   $ _____     New principal and interest payment:   $ _____

**Part 3:**  **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes.  Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

      Reason for change: _____

      Current mortgage payment:   $ _____     New mortgage payment:   $ _____

17-61671-rk   Doc    FILED 09/04/20   ENTERED 09/04/20 17:07:06   Page 1 of 5

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  _/s/Linda  St. Pierre_                                                        Date    _9/4/2020_
   Signature

Print:    _Linda_                          _St. Pierre_              Title    _Authorized Agent for Creditor_
          First Name    Middle Name        Last Name

Company    _McCalla Raymer Leibert Pierce, LLC_

Address    _1544 Old Alabama Road_
           Number    Street
           _Roswell_              _GA_              _30076_
           City                  State              ZIP Code

Contact phone    _860-240-9156_                              Email    _Linda.St.Pierre@mccalla.com_

**Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this Notice of Mortgage Payment Change is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

In Re:

    Gwendolyn R. Williams

## CERTIFICATE OF SERVICE

I, Linda  St. Pierre, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Gwendolyn R. Williams
2246 Lakewood Drive
Mansfield, OH 44905

Rebecca K. Hockenberry          *(served via ECF Notification)*
Thompson & Hockenberry Co LPA
371 Lexington Avenue
Mansfield, OH 44907

Dynele L Schinker-Kuharich      *(served via ECF Notification)*
Office of the Chapter 13 Trustee
200 Market Avenue North, Ste.
LL30
Canton, OH 44702

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   9/4/2020   By:    */s/Linda  St. Pierre*
           (date)            Linda  St. Pierre
                        Authorized Agent for Creditor



NewRez
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (866) 317-2347

GWENDOLYN WILLIAMS
2246 LAKEWOOD DR
MANSFIELD OH  44905

Analysis Date:                                                                   August 25, 2020
Loan:
Property Address:
2246 LAKEWOOD DR
MANSFIELD, OH  44905

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with NewRez. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Oct 01, 2020 |
|---|---|---|
| P & I Pmt: | $186.11 | $186.11 |
| Escrow Pmt: | $442 01 | $324 36 |
| Other Funds Pmt: | $0 00 | $0 00 |
| Asst. Pmt (-): | $0 00 | $0 00 |
| Reserve Acct Pmt: | $0 00 | $0 00 |
| Total Payment: | $628.12 | $510.47 |

| Prior Esc Pmt | January 01, 2020 |
|---|---|
| P & I Pmt: | $186.11 |
| Escrow Pmt: | $442 01 |
| Other Funds Pmt: | $0 00 |
| Asst. Pmt (-): | $0 00 |
| Resrv Acct Pmt: | $0 00 |
| Total Payment: | $628.12 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | October 01, 2020 |
| Escrow Balance: | $253 54 |
| Anticipated Pmts to Escrow: | $0 00 |
| Anticipated Pmts from Escrow (-): | $0 00 |
| Anticipated Escrow Balance: | $253 54 |

| Shortage/Overage Information | Effective Oct 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $3,723.02 |
| Required Cushion | $620.50 |
| Required Starting Balance | $930.77 |
| Escrow Shortage | -$677.23 |
| Surplus | $0.00 |

**Cushion Calculation:** Because NewRez does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 620 50. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 620 50 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Nov 2019 to Aug 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0 00 | (402 28) |
| Nov 2019 | | 421.38 | | | * | | 0 00 | 19.10 |
| Jan 2020 | | 421.38 | | | * | | 0 00 | 440.48 |
| Feb 2020 | | 442.01 | | | * | | 0 00 | 882.49 |
| Feb 2020 | | | | 1,195 93 | * | County Tax | 0 00 | (313.44) |
| Mar 2020 | | 442.01 | | | * | | 0 00 | 128.57 |
| Apr 2020 | | 442.01 | | | * | | 0 00 | 570.58 |
| Jun 2020 | | 442.01 | | | * | | 0 00 | 1,012.59 |
| Jun 2020 | | | | 1,195 93 | * | County Tax | 0 00 | (183 34) |
| Jul 2020 | | 442.01 | | | * | | 0 00 | 258.67 |
| Aug 2020 | | 442.01 | | | * | | 0 00 | 700.68 |
| Aug 2020 | | 442.01 | | | * | | 0 00 | 1,142.69 |
| Aug 2020 | | | | 1,331.16 | * | Hazard | 0 00 | (188.47) |
| | $0.00 | $3,936.83 | $0.00 | $3,723.02 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Analysis Date:          August 25, 2020

Loan: 

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 253.54 | 930.77 |
| Oct 2020 | 310.25 | | | 563.79 | 1,241.02 |
| Nov 2020 | 310.25 | | | 874.04 | 1,551.27 |
| Dec 2020 | 310.25 | | | 1,184 29 | 1,861.52 |
| Jan 2021 | 310.25 | | | 1,494 54 | 2,171.77 |
| Feb 2021 | 310.25 | | | 1,804.79 | 2,482.02 |
| Mar 2021 | 310.25 | 1,195 93 | County Tax | 919.11 | 1,596.34 |
| Apr 2021 | 310.25 | | | 1,229 36 | 1,906.59 |
| May 2021 | 310.25 | | | 1,539.61 | 2,216.84 |
| Jun 2021 | 310.25 | | | 1,849 86 | 2,527.09 |
| Jul 2021 | 310.25 | 1,195 93 | County Tax | 964.18 | 1,641.41 |
| Aug 2021 | 310.25 | 1,331.16 | Hazard | (56.73) | 620.50 |
| Sep 2021 | 310.25 | | | 253.52 | 930.75 |
| | $3,723.00 | $3,723.02 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is 253.54. Your starting balance (escrow balance required) according to this analysis should be 930.77. This means you have a shortage of 677.23. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 48 months. We anticipate the total of your coming year bills to be 3,723.02. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $310 25 |
| Surplus Reduction: | $0 00 |
| Shortage Installment: | $14.11 |
| Rounding Adjustment Amount: | $0 00 |
| Escrow Payment: | $324 36 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $496.36 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

✂ Detach Here
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

 

NewRez
PO Box 10826

Greenville, SC  29603 0826
(866) 317-2347

**Escrow Shortage Reply (This is not a bill)**

Loan Number:

Full Shortage Amount:            $677.23

Payment Amount:      $ _____

Your escrow shortage has been spread over  48 months, resulting in an additional increase in your monthly payment in the amount of 14.11.

NewRez
P.O. Box 740039
Cincinnati, OH 45274-0039

IF YOU CHOOSE to pay your shortage in full, please visit www.NewRez.com in order to expedite your payment. You can also mail this coupon with your remittance of the full shortage amount to the address to the left